UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61595-CIV-MORENO

SPENCER KERMISCH,

    Plaintiff,

vs.

COMCAST OF FLORIDA, COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFITS PLAN & LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendants.
_____/



**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER was before the Court for Calendar Call on **Tuesday, July 15, 2008 at 2:00 P.M.** Counsel for the parties in this case failed to appear for Calendar Call. Therefore, the Court assumes that this case has settled. As a result, it is

**ADJUDGED** that this action is **DISMISSED** without prejudice. It is also

**ADJUDGED** that all pending motions in this case are **DENIED** as moot with leave to refile if appropriate. This case is closed.

DONE AND ORDERED in Open Court and signed in Chambers at Miami, Florida, this 15th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record